UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CONDE PANAMA LLC,

                  Plaintiff,

             -v-

AECOS, LTD. and BRIAN S. HOWELLS,

                  Defendants.

19-CV-622 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

      In light of Defendant Brian S. Howells's November 6, 2020 letter, the Court extends Defendant's deadline for opposing Plaintiff Conde Panama LLC's motion for partial summary judgment to December 3, 2021. Should Defendant identify deficiencies in Plaintiff's service of papers in the future, Defendant shall promptly alert Plaintiff and the Court to such deficiencies.

      SO ORDERED.

Dated: November 13, 2020
       New York, New York

                                                 J. PAUL OETKEN
                                           United States District Judge

*COPY MAILED TO PRO SE PARTY BY CHAMBERS*