UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CONDE PANAMA LLC,

                      Plaintiff,

        -v-

AECOS, LTD. and BRIAN S. HOWELLS,

                      Defendants.

19-CV-622 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On July 22, 2021, the Court denied Plaintiff Conde Panama LLC's motion for summary judgment on its claims against Defendant Brian Howells. (Dkt. No. 81.) In light of that opinion, the parties are directed to confer and to file a joint letter within 21 days. The joint letter shall address: (1) potential jury trial dates, or bench trial dates if the parties consent to a bench trial, between January 2022 and June 2022, (2) the parties' estimated length of trial (in number of days), and (3) whether the parties agree to further settlement conferences before Magistrate Judge Debra C. Freeman.

The Clerk of Court is directed to mail a copy of this Order to Defendant Brian Howells.

SO ORDERED.

Dated: August 5, 2021
       New York, New York

_____
J. PAUL OETKEN
United States District Judge