UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CONDE PANAMA LLC,

                Plaintiff,

       -v-

AECOS, LTD., *et al.*,

                Defendants.

19-CV-622 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

The joint letter request at Docket Number 92 is granted. The parties shall submit a status letter on or before July 15, 2022.

The Clerk of Court is directed to mail a copy of this order to the *pro se* party in this matter.

SO ORDERED.

Dated: June 24, 2022
       New York, New York

_____
J. PAUL OETKEN
United States District Judge