UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CONDE PANAMA LLC,

                Plaintiff,

      -v-

AECOS, LTD., *et al.*,

                Defendants.

19-CV-622 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Plaintiff Conde Panama LLC and *pro se* Defendant Brian Howells are directed to appear for a telephone conference before the Honorable J. Paul Oetken on September 13, 2022, at 2:30 p.m. The parties should be prepared to discuss trial scheduling. The parties should call (888) 557-8511 at the scheduled time. The access code is 9300838. Members of the public may join but are instructed to place their phones on mute.

    The Clerk of Court is directed to mail a copy of this Order to the *pro se* party in this matter.

    SO ORDERED.

Dated: August 17, 2022
       New York, New York

                                                  _____
                                                      J. PAUL OETKEN
                                                 United States District Judge