UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CONDE PANAMA, LLC,

                Plaintiff,

      -v-

AECOS, LTD. *et al.*,

                Defendants.

19-CV-622 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Because all of Plaintiff's claims have now been dismissed (*see* Dkt. Nos. 17, 60, 100), the Clerk of Court is directed to enter final judgment dismissing the complaint and to close this case.

    SO ORDERED.

Dated: November 29, 2022
        New York, New York

_____
J. PAUL OETKEN
United States District Judge