UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CONDE PANAMA, LLC,

                Plaintiff,

-against-                                            19 **CIVIL** 622 (JPO)

## **JUDGMENT**

AECOS, LTD. et al.,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 29, 2022, because all of Plaintiff's claims have now been dismissed (see Dkt. Nos. 17, 60, 100), final judgment is entered dismissing the complaint; accordingly, the case is closed.

**Dated:** New York, New York

      November 29, 2022

                                                                **RUBY J. KRAJICK**

                                                                       **Clerk of Court**

                                    **BY:**      K. Mango

                                                                       **Deputy Clerk**